## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles Henry Prem aka Charles H Prem,    CHAPTER 7
aka Charles Prem, aka Charles Prem, II
            Debtor(s)           BKY. NO. 25-14865 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Andrews Federal Credit Union and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
03 Dec 2025, 12:38:00, EST

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322