Certificate Number: 14912-PAE-DE-040677403

Bankruptcy Case Number: 25-14865



14912-PAE-DE-040677403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2026</u>, at <u>10:18</u> o'clock <u>PM EST</u>, <u>Charles Prem</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 1, 2026</u>                    By:      <u>/s/Jai Bhatt</u>

Name:   <u>Jai Bhatt</u>

Title:   <u>Counselor</u>