United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 25-14865-amc

Charles Henry Prem                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                     Page 1 of 2

Date Rcvd: Mar 19, 2026                  Form ID: 195                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID                          Recipient Name and Address**
db                        #+   Charles Henry Prem, 1471 E Wilt Street, Philadelphia, PA 19125-2710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

**Name                             Email Address**

DAVID N. REINHERZ
                          on behalf of Debtor Charles Henry Prem reinherzlaw@gmail.com  reinherzlaw@aol.com

DENISE ELIZABETH CARLON
                          on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com

LYNN E. FELDMAN
                          trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MATTHEW K. FISSEL
                          on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 19, 2026                       Form ID: 195                          Total Noticed: 1
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 7

Charles Henry Prem                                             : Case No. 25−14865−amc
                  Debtor(s)


### *ORDER*
_____


   AND NOW, this day , March 18, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                              By The Court

                              Ashely M. Chan
                              Chief Judge, United States Bankruptcy Court


                                                                22
                                                          Form 195